LEWIS ROMERO, CSBN, 197231
PAUL ALAGA, CSBN, 221165
SIOFRA BYRNE, CSBN
885 Bryant Street, 2nd Floor
San Francisco, California 94103
415-581-0885 Tel.
415-581-0887 Fax.
Attorneys for

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE CASTRO,

               Plaintiff,

  vs.

SAN FRANCISCO SHERIFF'S DEPARTMENT; CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; San Francisco Sheriff's Deputy ABDULLAH WAZWAZ, Star No. 2135; San Francisco Sheriff's Deputy GOROSTIZA, Star No. 1127; and DOES 1-50,

               Defendants.
                               /

Case No.  3:15-cv-4217 LB

[Proposed] **ORDER TO EXTENDING ADR DEADLINE AND RESETING MAY 5, 2016 CASE MANAGEMENT CONFERENCE**

**TRIAL DATE:  July 10, 2017**

      Based upon the stipulation of the parties the court orders that the ADR deadline be reset from March 11, 2016 to June 1, 2016 and that the May 5, 2016 Case Management Conference be reset to June 22, 2016.

//

1
2  IT IS SO ORDERED.
3
4
5  Dated:  3/22/2016                    _____
6                                        Honorable Laurel Beeler,
                                         Magistrate Judge of the United States District Court
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[Proposed] Order—*Castro v. San Francisco Sheriff's Department et al*; Case No 15-cv-4217 LB